# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133562

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTONIO MONTEZ BAILEY,
      Defendant-Appellant.

SC: 133562
COA: 274556
Jackson CC: 05-000922-FC

_____/

On order of the Court, the application for leave to appeal the February 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

l0914